CAVES v. N.C. DEP'T OF CORR.

No. 191P02

Case below: 149 N.C. App. 667

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

COFFMAN v. ROBERSON

No. 612P02

Case below: 153 N.C. App. 618

Petition by defendants (William Earl Roberson, M.D. and W. Earl Roberson, P.A.) for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

COUNCIL v. SLACK

No. 615P02

Case below: 153 N.C. App. 811

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

DAIMLERCHRYSLER CORP. v. KIRKHART

No. 112P02

Case below: 148 N.C. App. 572

Motion by defendants to dismiss plaintiff's petition for discretionary review denied 27 February 2003. Petition by plaintiff for writ of supersedeas denied 27 February 2003. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Temporary stay dissolved 27 February 2003. Conditional petition by defendants for discretionary review as to additional issues pursuant to G.S. 7A-31 dismissed as moot 27 February 2003. Motion by defendants' counsel to withdraw dismissed as moot 27 February 2003.